NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

MAR 16 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re:  RONALD GOTTSCHALK,

_____

RONALD GOTTSCHALK, attorney
disciplinary matter,

Appellant.

No. 12-55304

D.C. No. 2:11-mc-00284-ABC

MEMORANDUM*

Appeal from the United States District Court
for the Central District of California
Audrey B. Collins, District Judge, Presiding

Submitted March 8, 2017**

Before:     LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

Ronald Gottschalk, an attorney, appeals pro se from the district court's order

imposing reciprocal discipline on him after his disbarment from the California

State Bar.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse

of discretion, *In re Corrinet*, 645 F.3d 1141, 1145 (9th Cir. 2011), and we affirm.

The district court did not abuse its discretion in imposing reciprocal

_____

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

discipline against Gottschalk because he failed to establish by clear and convincing evidence that he was deprived of due process, that there was insufficient proof of the misconduct that led to his disbarment, or that grave injustice would result from the imposition of reciprocal discipline. *See In re Kramer*, 282 F.3d 721, 724-25 (9th Cir. 2002) (setting forth the limited circumstances under which an attorney subject to discipline by another court can avoid a federal court's imposition of reciprocal discipline, and setting forth attorney's burden of proof).

We reject as unsupported by the record Gottschalk's contention that the district court improperly destroyed documents. Gottschalk's request for counsel, raised in his opening brief, is denied as moot.

**AFFIRMED.**